914

*Martin & Martin,* for the Motion.

A. F. Thomasson, as City Manager, Etc., *et al.,* Plaintiffs'
in Error, v. State, *ex rel.* O. M. Nevels, single, Defendant
in Error.

*Carroll R. Runyon,* for Plaintiffs in Error.
*Erle B. Askew,* for Defendant in Error.

City of Clearwater, Florida, a Municipal Corporation, Plain-
tiff in Error, v. Arthur R. Klemm, *et al.,* Defendants in
Error.

*John C. Polhill,* for Plaintiff in Error.
*Touchton & Crittenden,* for Defendant in Error.

J. N. Brown, *et al.,* Appellants, v. Wm. Mahlon Davis, as
Executor of the Estate of Annie C. Davis, deceased, Ap-
pellee.

*Hardee & Martin,* for Appellants.
*B. M. Skelton,* for Appellee.

Wm. Mahlon Davis, as Executor of the Estate of Annie
C. Davis, deceased, Appellant, v. J. N. Brown, *et al.,*
Appellees.